UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUXOTTICA GROUP S.P.A.,<br><br>                    Plaintiff,<br><br>    v.<br><br>MINH D. TRAN,<br><br>                    Defendant. | Case No. 2:16-cv-02584-JCM-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (ECF No. 16) filed April 4, 2017, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than August 24, 2017. There are no dispositive motions pending.

On August 24, 2017, plaintiff's counsel filed a Notice Regarding Pending Settlement (ECF No. 19) which advised the court that the parties had settled, and that in the "unlikely event" settlement documents were not finalized in the next 14 days, that plaintiff would provide further notice to the court regarding the same, or would otherwise file the joint pretrial order at that time. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **October 20, 2017**. Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

/ / /

/ / /

/ / /

1

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 6th day of October, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE