Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Darin M. Klemchuk, *Pro Hac Vice*
darin.klemchuk@klemchuk.com
Mandi Phillips, *Pro Hac Vice*
mandi.phillips@klemchuk.com
**KLEMCHUK LLP**
8150 N Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: 214-367-6000
Facsimile: 214-367-6001

*Attorneys for Plaintiff,*
*Luxottica Group S.p.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MINH D. TRAN, an individual, <br><br> Defendant. | Case No. 2:16-cv-02584-JCM-PAL <br><br> **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as a result of this action by virtue of a confidential settlement agreement between Plaintiff Luxottica Group S.p.A. and Defendant Minh D. Tran ("Agreement"), and as a result of the parties' agreement regarding the terms of this stipulation of dismissal, it is hereby ORDERED, ADJUDGED, and DECREED that:

(1) Plaintiff Luxottica Group S.p.A. filed this lawsuit against Defendant Minh D. Tran in November 2016.

(2) This Court has jurisdiction over the parties to this action and over the subject matter of this dispute.

(3) The Parties have agreed to resolve this dispute through a confidential settlement agreement, entered into by both Parties on advice of counsel of their choice, have consented to this Stipulation of Dismissal with Prejudice, and hereby stipulate as follows:

    a. Defendant and his agents, servants, successors and assigns shall not:

        i. Commit any acts which falsely represent or which has the effect of falsely representing that the goods and services of Defendants are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiff.

        ii. Knowingly assist, aid or attempt to assist or aid any other person or entity in performing any of the prohibited activities referred to above.

        iii. Knowingly affect any transactions, assignments or transfers, or forming new entities or associations to circumvent the prohibitions referred to above.

    b. Defendant shall be responsible for payment of any attorneys' fees and expenses incurred by Luxottica in connection with collecting money owed

under the settlement agreement or for any default.

(4) Accordingly, Plaintiff's claims against Defendant Tran shall be, and hereby are, DISMISSED WITH PREJUDICE.

(5) This Court shall retain jurisdiction over this case for purposes of enforcing this Stipulation of Dismissal with Prejudice and the confidential settlement agreement between the parties.

(6) Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 19, 2017

Respectfully submitted,

/s/ Darin M. Klemchuk
Darin M. Klemchuk, *Admitted Pro Hac Vice*
Mandi Phillips, *Admitted Pro Hac Vice*
**KLEMCHUK LLP**
8150 N Central Expressway, 10th Floor
Dallas, Texas 75206

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147

*Attorneys for Plaintiff
Luxottica Group S.p.A.*

Respectfully submitted,

/s/ Joseph Y. Hong
Joseph Y. Hong, NV Bar No. 5995
**HONG & HONG**
10781 W. Twain Ave.
Las Vegas, NV 89135

*Attorney for Defendant
Minh D. Tran*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 20, 2017

- 3 -
Stipulation of Dismissal of Action with Prejudice
Case No. 2:16-cv-02584-JCM-PAL

Case No. 2:16-cv-02584-JCM-PAL

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

/s/ Tim Bothell
Employee,
Randazza Legal Group, PLLC